ACCEPTED
12-15-00148-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/20/2015 12:30:20 PM
CATHY LUSK
CLERK

NO. 12-15-00148-CV

\*\*\*

IN THE COURT OF APPEALS

FOR THE TWELFTH JUDICIAL DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/20/2015 12:30:20 PM
CATHY S. LUSK
Clerk

\*\*\*

GUY GRANTHAM

Appellant

V.

RACEFAB, INC., ET. AL.

Appellees

\*\*\*

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

\*\*\*

**TO THE HONORABLE JUSTICES OF THE COURT:**

Appellant requests a forty-five (45) day extension to file his Motion for Rehearing, and for good cause, would show as follows:

1. The trial court's judgment was signed on May 4, 2015, and Appellant timely filed a notice of appeal. The clerk's record was due on July 3, 2015.

2. On July 15, 2015, the Court dismissed Appellant's appeal because, Appellant failed, after notice, to pay or make arrangements to pay the trial court clerk's fee for preparing the clerk's record. Appellant's Motion for Rehearing is currently to be filed by

1

July 30, 2015.

3.     On or about July 6, 2015, Appellant requested that the Cherokee County Clerk issue a Writ of Execution to Racefab, Inc. It was Appellant's intent to determine if a judgment could be collected prior to wasting this Court's time and incurring unnecessary expense with and on an appeal. The Writ of Execution is returnable in ninety (90) days.

4.     A forty-five (45) day extension on Appellant's time to file a Motion for Rehearing would allow the Cherokee County Sherriff time to return the writ and allow Appellant an opportunity to determine whether an appeal in this matter makes sense for all involved.

5.     Appellant fully expects and intends that Appellant's Motion for Rehearing will either: 1) consist, pursuant to TEX. R. APP. P. 42.1, of a Notice of Dismissal; or 2) indicate that the clerk and reporter have been paid in full for both the transcript and record.

4.     This is Appellant's first motion for extension of time to file his Motion for Rehearing.

5.     Under Tex. R. App. P. 10.3, the undersigned does not know if Appellee is represented by counsel on appeal and was unable to confer with Appellee regarding this motion.

FOR THESE REASONS, Appellant prays that the Court grant his motion for extension of time and extend the deadline for filing their motion for rehearing to September 13, 2015.

Respectfully Submitted,
THE MCCLEERY LAW FIRM

//S//Stephen E. McCleery
Stephen E. McCleery
State Bar of Texas No. 00794258
Federal Id. No. 21007
5020 Montrose, Blvd., 6th Floor
Houston, Texas 77006
Telephone      713/622-3555
Facsimile       713/224-8555
E-Mail           smccleery@mccleerylaw.com

ATTORNEY FOR APPELLANT
GUY GRANTHAM

## CERTIFICATE OF SERVICE

The below signed certifies that on this the 20th day of July 2015, the above document was served, pursuant to TEX. R. CIV. P. 21, on the last known attorney of record for all Appellees via electronic service.

//S//Stephen E. McCleery
The McCleery Law Firm

*VIA ELECTRONIC SERVICE*

Mr. R. Chris Day
Law Offices of Day & Wallace
517 East Commerce Street
Jacksonville, Texas 75766

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT
RACEFAB, INC./THIRD-PARTY DEFENDANTS